# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

143831 & (40)

BECKIE PRICE,
      Plaintiff-Appellee,

v

                                          SC: 143831
                                          COA: 298460

HIGH POINTE OIL COMPANY, INC.,
      Defendant-Appellant.
                                          Clinton CC: 08-010387-NO

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the August 25, 2011 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether mental distress damages may be awarded for negligent damage to real property.

CAVANAGH, J., not participating due to a familial relationship with counsel of record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2012                             _____
                                                 Clerk

d0314